IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Association for Latino Community Asset Builders,<br><br>*Plaintiff*,<br><br>v.<br><br>Consumer Financial Protection Bureau,<br><br>*Defendant.* | Civil Action. No. 1:20-cv-3122-APM |

**DEFENDANT CONSUMER FINANCIAL PROTECTION BUREAU'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF
SUBJECT-MATTER JURISDICTION**

Defendant Consumer Financial Protection Bureau moves to dismiss this action, pursuant to Federal Rule of Civil Procedure 12(b)(1), for the reasons set forth in the accompanying Memorandum of Points and Authorities.

DATED:     March 22, 2021

                                                                  Respectfully submitted,

                                                                   MARY McLEOD
                                                                   General Counsel

                                                                   JOHN R. COLEMAN
                                                                   Deputy General Counsel

                                                                   STEVEN Y. BRESSLER
                                                                   Assistant General Counsel

                                                                   /s/ Ryan Cooper
                                                                   RYAN COOPER (D.C. Bar No. 1645301)
                                                                   Counsel
                                                                   Consumer Financial Protection Bureau
                                                                   1700 G Street NW
                                                                   Washington, DC 20552

2

Telephone: 202-702-7541
Fax: 202-435-7024
Ryan.Cooper@cfpb.gov