IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Association for Latino Community Asset Builders,<br><br>    *Plaintiff*,<br><br>v.<br><br>Consumer Financial Protection Bureau,<br><br>    *Defendant.* | Civil Action. No. 1:20-cv-3122-APM |

**[PROPOSED] ORDER**

Upon consideration of Defendant Consumer Financial Protection Bureau's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject-Matter Jurisdiction, dated March 22, 2021, it is hereby **ORDERED** that the motion is **GRANTED.** It is further **ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

    IT IS SO ORDERED.

 

                                                                                      Amit P. Mehta
                                                                                      United States District Judge

DATE: