IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR LATINO COMMUNITY ASSET BUILDERS,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant,<br><br>and<br><br>COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA,<br><br>Intervenor-Defendant. | Case No. 20-cv-3122-APM |

**NOTICE OF WITHDRAWAL**

Pursuant to LCvR 83.6(b), attorney Yvette Garcia Missri gives notice of her withdrawal as counsel for Plaintiff in this case. Plaintiff will continue to be represented by William R. Corbett and Rebecca K. Borné of the Center for Responsible Lending, and Rebecca Smullin and Adina H. Rosenbaum of Public Citizen Litigation Group.

Dated: April 21, 2021

Respectfully submitted,

/s/ Yvette Garcia Missri
Yvette Garcia Missri (D.C. Bar No. 488728)
Center for Responsible Lending
302 West Main Street Durham, NC 27701
(919) 313-8500
yvette.garciamissri@responsiblelending.org

1

_[signature]_
Fernando Garcia, on behalf of Plaintiff,
National Association for Latino
Community Asset Builders (NALCAB)
(210) 446-4281
fgarcia@nalcab.org